**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: October 06, 2010**

Guy R. Humphrey
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## AT DAYTON

| | |
|---|---|
| In re: | CASE NO. 10-34472 |
| AFTYN GOOLSBY  Debtor(s). | CHAPTER 07 |
| | JUDGE Guy R. Humphrey |
| | ORDER FOR RELIEF FROM STAY ON 1416 WRIGHT AVENUE, SUNNYVALE, CA 94087 (Docket No. 22) |

    This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Trust 2006-CF2 CS Mortage Pass-Through Certificates, Series 2006-CF2.

    Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, the Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

    Based on this, it appears appropriate to grant the relief requested.

    IT IS, THEREFORE, ORDERED that the Motion is granted and the automatic stay imposed by Sec. 362 of the Bankruptcy Code is terminated with respect to Movant, its

successors, and assigns as to the real property located at 1416 Wright Avenue, Sunnyvale, CA 94087.

Respectfully submitted,

/s/ Martha R. Spaner

Martha R. Spaner (0074971(OH))
Attorney for Movant
Reisenfeld & Associates, LPA LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: martha.spaner@rslegal.com

**Copies to:**

Default List

# # #